**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIRA N. DURBIN<br><br>  Plaintiff,<br><br>  v.<br><br>FRANK BISIGNANO,<br>COMMISSIONER OF SOCIAL<br>SECURITY<br><br>  Defendant. | ) Case No. 2:22-cv-08046-SK<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

In accordance with the Order of Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings consistent with that Order. Judgment is entered in favor of Plaintiff.

Dated: December 10, 2025

STEVE KIM<br>
United States Magistrate Judge
