JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
25350 Magic Mountain Pkwy Suite 300
Valencia, CA   91355
Tel:   (818) 905 6611
Fax:   (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KIRA N. DURBIN,                          )        No. 2:22−cv−08046−SK
                                         )
          Plaintiff,                     )        ORDER AWARDING
                                         )        ATTORNEYS FEES PURSUANT TO
vs.                                      )        EAJA 28 U.S.C. §2412(d)
                                         )
FRANK J. BISIGNANO,                      )
COMMISSIONER OF SOCIAL                   )
SECURITY                                 )
                                         )
          Defendant                      )
_____

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $22,000.00 and costs in the amount of $402.00, for a total of $22,402.00, subject to the terms of the stipulation.

Dated:   February 2, 2026

_____
HON. STEVE KIM
U.S. Magistrate Judge